## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 18-01066 JVS (DFMx) | Date July 23, 2018 |
| Title Tysol v. United Parcel Service, Inc. | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **Order to Show Cause re Jurisdiction**

in the:    The Court has made a preliminary review of the jurisdictional allegations

    X    Complaint filed June 14, 2018

        Notice of Removal ("Notice")

by Dene Tysol ("Tysol").

    The Complaint fails to state a basis for jurisdiction. No federal statutes are invoked. It is not clear that the parties are diverse given that Tysol does not plead United Parcel's principal place of business. See 28 U.S.C. § 1332(c).

    Tysol is ordered to file an amended initial pleading within 15 days pleading with specificity the basis for jurisdiction this Court.

    **A failure to respond may result in dismissal of the case to the for lack of jurisdiction.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |