# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENE TYSOL on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 8:18-cv-01066-JVS (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION**<br><br>Dept.:   10C<br>Judge:  Hon. James V. Selna |

|   |   |
|---|---|
| 1 | Pursuant to the stipulation of the parties: |
| 2 | 1.    The above-captioned action is dismissed with prejudice pursuant to |
| 3 | Federal Rule of Civil Procedure 41(a)(1)(A)(ii); *except the allegations as to the* |
| 4 | *class are dismissed without prejudice*, and |
| 5 | 2.    Each party will bear their own attorneys' fees and costs with respect to |
| 6 | the dismissal of the above-captioned action. |

IT IS HEREBY ORDERED.

DATED: May 18, 2020

_____
Honorable James V. Selna